Case: 2:11-cv-00220-ALM-NMK Doc #: 3-1 Filed: 05/13/11 Page: 1 of 1  PAGEID #: 15

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **Clarence L. Lackey III** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:11-CV-00220 |
| | : | |
| v. | : | Judge Marbley |
| | : | |
| **RJ Wheels, Inc., *et al.*,** | : | Magistrate Judge King |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER GRANTING JOINT MOTION FOR *IN CAMERA* REVIEW, TO APPROVE SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE

**WHEREFORE,** the Parties having jointly moved for Court *in camera* review and approval of their Settlement and Release Agreement, and the Court having reviewed the terms of the settlement *in camera*, **IT IS HEREBY ORDERED AND ADJUDGED** that the settlement be, and the same is, hereby approved, and that this case be, and is hereby, dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**ENTERED** this _17_ day of _June_____, 2011.

_____
UNITED STATES DISTRICT JUDGE