**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**CLARENCE L. LACKEY III,**

    **Plaintiff,**        **CASE NO. 2:11-CV-220**
                                 **JUDGE ALGENON L. MARBLEY**
**v.**                           **MAGISTRATE JUDGE KING**

**RJ WHEELS, INC., et al.,**

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the June 20, 2011 Order Granting Joint Motion for *In Camera* Review, to Approve Settlement and to Dismiss Case with Prejudice with Prejudice, the Court DISMISSES this action, each party to bear its own costs and attorneys' fees.

Date: **June 20, 2011**                **James Bonini, Clerk**

                                                          s/Betty L. Clark
                                                          Betty L. Clark/Deputy Clerk